AO 440 (5/85) Summons in a Civil Action

# United States District Court

SOUTHERN **DISTRICT OF** OHIO

UNITED STATES OF AMERICA

V.

RACE HORSE NAMED SHANON NICOLE,
NET SALE PROCEEDS IN THE AMOUNT
OF $195,772.50, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:15CV143

TO: (Name and Address of Defendant)

RACE HORSE NAMED BARYSHNIKOV,
NET SALE PROCEEDS IN THE AMOUNT
OF $3,900.50
c/o U.S. MARSHAL SERVICE

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Pamela M. Stanek
Assistant U.S. Attorney
U.S. Attorney's Office
200 West Second Street
Federal Building, Room 600
Dayton, Ohio    45402

a Claim pursuant to Rule G of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure within thirty (30) days after the service of this Summons upon you, exclusive of the day of service, and an Answer or Motion under Rule 12 to the Complaint which is herewith served upon you, within twenty (20) days after the filing of your Claim.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

John P. Hehman

**CLERK**

**DATE**

**BY DEPUTY CLERK**