**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:15-cv-143 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| (1) RACE HORSE NAMED SHANON NICOLE, NET SALE PROCEEDS IN THE AMOUNT OF $195,772.50, et al., | : : | |
| Defendants. | : | |

## ORDER LIFTING STAY

This matter is before the Court upon the United States' Motion to Lift Stay,

IT IS HEREBY ORDERED THAT:

The United States' Motion to Lift Stay is granted.


Date:  5-21-2019                                *s/Thomas M. Rose
                                                _____
                                                THOMAS M. ROSE
                                                UNITED STATES DISTRICT JUDGE