IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 3:15CV143 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| RACE HORSE NAMED SHANON NICOLE, NET SALE PROCEEDS IN THE AMOUNT OF $195,772.50 et al., | : : | |
| Defendants. | | |

### AGREED ORDER WITHDRAWING CLAIMS OF WILLIAM APOSTELOS, WMA ENTERPRISES, LLC, MIDWEST GREEN RESOURCES, LLC, APOSTELOS ENTERPRISES, INC., CONNIE APOSTELOS, COLEMAN CAPITAL, INC. and SILVER BRIDLE, LLC

It is hereby stipulated and AGREED by and between Plaintiff, United States of America, and Claimants, WILLIAM APOSTELOS, WMA ENTERPRISES, LLC, MIDWEST GREEN RESOURCES, LLC, APOSTELOS ENTERPRISES, INC., CONNIE APOSTELOS, COLEMAN CAPITAL, INC., SILVER BRIDLE RACING, LLC and any other business entity in which WILLIAM APOSTELOS or CONNIE APOSTELOS has any interest (hereinafter the "parties"), and

**IT IS HEREBY ORDERED:**

1.   The claims of WILLIAM APOSTELOS, WMA ENTERPRISES, LLC, MIDWEST GREEN RESOURCES, LLC, APOSTELOS ENTERPRISES, INC., CONNIE APOSTELOS, COLEMAN CAPITAL, INC., SILVER BRIDLE RACING, LLC and any other business entity in which WILLIAM APOSTELOS or CONNIE APOSTELOS has any interest, to the Defendant assets, including but not limited to Docs. 5, 7, 8, 9, 10, 12, 13, 14, 15 and 16, are hereby withdrawn.

2. Any and all claims which WILLIAM APOSTELOS, WMA ENTERPRISES, LLC, MIDWEST GREEN RESOURCES, LLC, APOSTELOS ENTERPRISES, INC., CONNIE APOSTELOS, COLEMAN CAPITAL, INC., SILVER BRIDLE RACING, LLC and any other business entity in which WILLIAM APOSTELOS or CONNIE APOSTELOS has any interest, may have against the Plaintiff, its agencies, and/or employees as well as local law enforcement agencies and their employees, arising out of the facts giving rise to this forfeiture action are hereby released.

3. The parties shall bear their own costs, including any possible attorneys' fees, court costs, or other expenses of litigation.

4. The Court will retain jurisdiction to enforce the terms of this Agreement.

**SO ORDERED: May 22, 2019**      *s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

BENJAMIN C. GLASSMAN
Acting United States Attorney

*s/Pamela M. Stanek*
PAMELA M. STANEK (0030155)
Assistant United States Attorney

s/F. Arthur Mullins                          s/Jon Paul Rion
F. Arthur Mullins                              Jon Paul Rion
Counsel for Defendant,                  Counsel for Defendant,
William Apostelos,                          Connie Apostelos,
WMA Enterprises, LLC,                 Coleman Capital, Inc.,
Midwest Green Resources, LLC,   Silver Bridle Racing, LLC,
Apostelos Enterprises, Inc.

s/William Apostelos                       s/Connie Apostelos
William Apostelos                            Connie Apostelos