# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:15-cv-143 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| (1) RACE HORSE NAMED SHANON NICOLE, NET SALE PROCEEDS IN THE AMOUNT OF $195,772.50, et al., | : : | |
| Defendants. | : | |

## ORDER DISMISSING CIVIL FORFEITURE ACTION WITHOUT PREJUDICE

This matter is before the Court upon the United States' Motion to Dismiss Civil Forfeiture Action Without Prejudice.

IT IS HEREBY ORDERED THAT:

The United States' motion to dismiss is GRANTED, and this civil forfeiture action is hereby DISMISSED without prejudice.

Date: 6-20-2019            \*/Thomas M. Rose
                           _____
                           THOMAS M. ROSE
                           UNITED STATES DISTRICT JUDGE